IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALPHONSO JAMES, SR.,

    Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-0765

PAMELA JO BONDI, STATE
ATTORNEY GENERAL,

    Appellee.

_____/

Opinion filed August 12, 2016.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Alphonso James, Sr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Mark S. Urban, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.